DATE: April 1, 2025

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Jose Vidal Pereira*
   v. *Commonwealth of Virginia*
   Record No. 0415-23-4
   Opinion rendered by Judge Chaney on
   January 28, 2025

2. *Bhagavan Kevin Antle*
   v. *Commonwealth of Virginia*
   Record No. 1906-23-4
   Opinion rendered by Judge Beales on
   February 4, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Brian Kuang-Ming Welsh*
     v. *Commonwealth of Virginia*
   Record No. 0860-21-4
    Opinion rendered by Judge Beales
      on August 15, 2023
   Judgment of Court of Appeals reversed and matter remanded to this Court
      for remand to the trial court for further proceedings
   (230800)

2. *Amazon Logistics, Inc.*
     v. *Virginia Employment Commission*
   Record No. 0310-22-2
    Opinion rendered by Judge Callins
      on September 26, 2023
   Judgment of Court of Appeals affirmed by published order issued on March 6, 2025
   (230865)